No. 97–1869. DOLE OCEAN LINER EXPRESS *v.* GEORGIA VEGETABLE CO. C. A. 5th Cir. Certiorari denied. ■

No. 97–1870. ESTATE OF MAURO, BY AND THROUGH ITS INDEPENDENT PERSONAL REPRESENTATIVE, MAURO *v.* BORGESS MEDICAL CENTER. C. A. 6th Cir. Certiorari denied. ■

No. 97–1873. STUMPF *v.* GREATER NEW ORLEANS EXPRESSWAY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 97–1874. HOLT CARGO SYSTEMS, INC. *v.* KEIFER ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 97–1875. WREN ET AL. *v.* TOWE ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 97–1876. EL VOCERO DE PUERTO RICO (CARIBBEAN INTERNATIONAL NEWS CORP.) ET AL. *v.* PUERTO RICO ET AL. Ct. App. P. R. Certiorari denied.

No. 97–1878. VICARI CONTRACTORS, INC. *v.* PARISH OF JEFFERSON. Ct. App. La., 5th Cir. Certiorari denied. ■

No. 97–1879. MAC PANEL CO. *v.* VIRGINIA PANEL CORP. C. A. Fed. Cir. Certiorari denied. ■

No. 97–1880. ST. MATTHEW'S SLOVAK ROMAN CATHOLIC CONGREGATION OF ST. MATHIAS CHURCH ET AL. *v.* WUERL, BISHOP, ROMAN CATHOLIC DIOCESE OF PITTSBURGH. Super. Ct. Pa. Certiorari denied. ■

No. 97–1881. LLOYD WEBBER ET AL. *v.* REPP ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 97–1882. LEJANO ET UX. *v.* K. S. BANDAK ASSURANCEFORENINGEN GARD ET AL. Sup. Ct. La. Certiorari denied: ■